**FILED**
Aug 11, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br> AMALIA REBECCA GONZALEZ, <br> aka "Becky," <br><br>    Defendant. | CASE NO. 2:22-cr-00177 JAM <br><br> ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney David W. Spencer to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: August 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL

1