| | |
|---|---|
| 1 | Michael E. Hansen [SBN 191737]<br>Attorney-at-Law |
| 2 | 711 Ninth Street, Suite 100<br>Sacramento, CA  95814 |
| 3 | 916.438.7711<br>Fax 916.864.1359 |
| 4 | Attorney for Defendant |
| 5 | REBECCA GONZALEZ |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REBECCA GONZALEZ,<br><br>　　　　　Defendant. | ) Case No.: 2:22-CR-00177-TLN<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE JUDGEMENT AND**<br>) **SENTENCING**<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Rebecca Gonzalez, that the previously scheduled judgement and sentencing date of September 12, 2024, be vacated and the matter set for judgement and sentencing on September 26, 2019, at 9:30 a.m.

The Government and Probation concur with this request.

This continuance is requested because the defendant needed additional time to review the draft Presentence Investigation Report.  The report was due on August 1, 2024, but was provided on August 6, 2024.  Defense counsel was ill at home from July 30 through August 11, 2024.  The defendant is housed in Nevada County jail, further limiting opportunities to meet with the defendant.  Defense counsel and the defendant have since met and provided Informal Objections to the government and probation.

**1**
**Stipulation and Order to Continue Judgement and Sentencing**

Accordingly, the following proposed schedule of disclosure for the PSR is offered:

Final PSR: 9/5/2024

Motion for Correction: 9/12/2024

Reply/Statement of Non-Opposition: 9/19/2024

Judgment & Sentencing: 9/26/2024 @ 9:30 a.m.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  September 3, 2024                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
REBECCA GONZALEZ

Dated:  September 3, 2024                    PHILLIP A. TALBERT
United States Attorney

By:  /s/ Michael E. Hansen for
DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the September 12, 2024, judgement and sentencing shall be vacated and continued until September 26, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 3, 2024

_____
Troy L. Nunley
United States District Judge