Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
REBECCA GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00177 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING** |
| vs. | |
| REBECCA GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Rebecca Gonzalez, that the previously scheduled judgement and sentencing date of September 26, 2024, be vacated and the matter set for judgement and sentencing on November 7, 2024, at 9:30 a.m.

The Government and Probation concur with this request.

This continuance is requested because the defendant needs additional time to review the final Presentence Investigation Report.  Also, defense counsel is advised additional discovery is pending.  The final PSR was due on September 5, 2024, but was provided on September 11, 2024.  The defendant is housed in Nevada County jail, further limiting opportunities to meet with the defendant.  Defense counsel and the defendant need additional time to review the final PSR and the new discovery.

**1**
**Stipulation and Order to Continue Judgement and Sentencing**

    Accordingly, the following proposed schedule of disclosure for the PSR is offered:

    Motion for Correction: 10/24/2024

    Reply/Statement of Non-Opposition: 10/312024

    Judgment & Sentencing: 11/7/2024 @ 9:30 a.m.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

    IT IS SO STIPULATED.

Dated:  September 19, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Hansen
　　　　　　　　　　　　　　　　　　　　　　MICHAEL E. HANSEN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　REBECCA GONZALEZ

Dated:  September 19, 2024　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Michael E. Hansen for
　　　　　　　　　　　　　　　　　　　　　　DAVID SPENCER
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

### ORDER

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

    It is further ordered that the September 26, 2024, judgement and sentencing shall be vacated and continued until November 7, 2024, at 9:30 a.m.

    IT IS SO ORDERED.

Date: September 20, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　United States District Judge